UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK DAVIS, | ) | Case No. CV 13-1971-SJO(AJW) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN BITER, Warden, | ) | |
|     Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: \_\_\_2/4/14\_\_\_

_____
S. James Otero
United States District Judge